**Rodney BRIGHT, Petitioner,**

v.

**U.S. COURT SERVICES AND OF-FENDER SUPERVISION AGEN-CY FOR D.C., Respondent.**

**No. 02–3367.**

United States Court of Appeals, Federal Circuit.

Nov. 13, 2002.

### ORDER

Order vacated, see 2002 WL 31939144.

The petitioner having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 60 days from the date of filing of this order.